# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLEY JONES,

                Plaintiff,             Case No. 2:11-cv-01893-JCM-PAL

vs.                                        **ORDER**

TODD ENGLISH, et al.,

                Defendants.

      This matter is before the court on Defendants Todd English's, Simon Todd, LLC, d/b/a Todd English P.U.B.'s, and Todd English Enterprises, LLC's Response (Dkt. #24) to the court's Order to Show Cause (Dkt. #22).  The Order to Show Cause, entered April 10, 2012, required Defendants to show cause why they did not comply with the court's previous Order (Dkt. #19) requiring the corporate Defendants to retain new counsel and requiring the individual Defendant to either retain new counsel or file a notice that he would proceed pro se.  Defendants have now retained Andrew P. Gordon, who filed a Notice of Appearance (Dkt. #23) and the Response on May 7, 2012.  The Response indicates that Mr. Gordon has reviewed the Scheduling Order (Dkt. #21) and will work diligently to comply with it.  The court is satisfied that Defendants did not intentionally disregard the court's Orders (Dkt. ##19, 22), and sanctions are not warranted.

      Dated this 14th day of May, 2012.

                                                            PEGGY A. LEEN
                                                            UNITED STATES MAGISTRATE JUDGE